UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL S. GORBEY,

    Petitioner,

v.                                            CASE NO. 5:10-cv-308-Oc-23PRL

WARDEN, FCC COLEMAN - MEDIUM,

    Respondent.
_____/

**ORDER**

A January 28, 2013, order (Doc. 23) denies Gorbey's application under 28 U.S.C. § 2241. On January 29, 2013, the judgment (Doc. 24) was entered. Gorbey did not appeal.

On March 17, 2014, Gorbey moves (Doc. 25) "to reconsider" under Rule 60(b), Federal Rules of Civil Procedure, and again asserts his arguments in support of the denied petition. Rule 60(b) permits a party to move for relief from a final judgment under circumstances including mistake, surprise, excusable neglect, newly discovered evidence, and fraud. Rule 60(b)(6)'s concluding provision permits relief for "any other reason that justifies relief." "Rule 60(b)(6) motions must demonstrate that the circumstances are sufficiently extraordinary to warrant relief. Even then, whether to grant the requested relief is a matter for the district court's sound

discretion." *Cano v. Baker*, 435 F.3d 1337, 1342 (11th Cir. 2006) (quotation and alteration marks omitted).

Gorbey fails to demonstrate grounds warranting relief under Rule 60(b), and Gorbey has not otherwise demonstrated that he is entitled to relief. The petition was properly dismissed for the reasons stated in the January 28, 2013, order (Doc. 23). Gorbey's motion for "reconsideration" under Rule 60(b) is **DENIED.**

ORDERED in Tampa, Florida, on July 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE